IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS W. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv787-MHT |
| | ) | (WO) |
| BILL FRANKLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of plaintiff's motion requesting to withdraw everything filed in the Middle District of Alabama (doc. no. 4), which the court construes as notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is ORDERED as follows:

(1) This case is dismissed without prejudice.

(2) The order granting the application to proceed in forma pauperis (doc. no. 3) is vacated.

This case is closed.

DONE, this the 19th day of September, 2018.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE